STATE OF NEW JERSEY v. DWAYNE THORPE.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. BROOKS.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WARREN CORTWRIGHT.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS ERNESTO COTA.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE E. GRESHAM.

September 7, 1988.

Petition for certification denied.